**Order filed, February 27, 2020.**



**In The**

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔆𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

_____

**NO. 14-20-00134-CV**

_____

**IN THE MATTER OF THE MARRIAGE OF TERESA LEE NUNCIO AND DAVID NUNCIO, Appellant**

---

**On Appeal from the 310th District Court
Harris County, Texas
Trial Court Cause No. 2018-76546**

---

## ORDER

The reporter's record in this case was due February 25, 2020. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Leticia Salas, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM

Panel Consists of Justices Wise, Jewell and Poissant.